# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re<br><br>APPLICATION OF COSIMO BORRELLI AND G. JACQUELINE FANGONIL WALSH, SEVERAL AND JOINT LIQUIDATORS OF GALLERIA (HONG KONG), LIMITED (IN COMPULSORY LIQUIDATION) FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Civil Action No. MC11-272-UA-DUTY<br><br>**[PROPOSED] ORDER GRANTING PROTECTIVE ORDER BETWEEN COSIMO BORRELLI AND G. JACQUELINE FANGONIL WALSH, SEVERAL AND JOINT LIQUIDATORS OF GALLERIA (HONG KONG), AND BANK OF AMERICA, N.A. RELATING TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** |

(Note: "PROPOSED" appears with strikethrough in the original.)

1  The Court, having considered the [Proposed] Stipulated Protective Order
2  between Cosimo Borrelli and G. Jacqueline Fangonil Walsh, Several and Joint
3  Liquidators of Galleria (Hong Kong), and Bank of America, N.A. (collectively, the
4  "Parties") Relating to Subpoena to Produce Documents, Information, or Objects or
5  to Permit Inspection of Premises in a Civil Action (the "Stipulated Protective
6  Order"), and good cause appearing therefore,

7  **IT IS HEREBY ORDERED:**
8  1.  The Stipulated Protective Order is approved;
9  2.  The Stipulated Protective Order shall control the Parties' actions
10  pursuant to the terms and provisions set forth therein.

12  **IT IS SO ORDERED.**

14  Dated:  September 13, 2011                /s/
15                                   CARLA WOEHRLE, U.S. Magistrate Judge