# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>APPLICATION OF COSIMO BORRELLI AND G. JACQUELINE FANGONIL WALSH, SEVERAL AND JOINT LIQUIDATORS OF GALLERIA (HONG KONG), LIMITED (IN COMPULSORY LIQUIDATION) FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Civil Action No. MC11-272-UA-DUTY<br><br>**[PROPOSED] ORDER GRANTING PROTECTIVE ORDER BETWEEN COSIMO BORRELLI AND G. JACQUELINE FANGONIL WALSH, SEVERAL AND JOINT LIQUIDATORS OF GALLERIA (HONG KONG), AND DBS BANK LTD.. LOS ANGELES BRANCH RELATING TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** |

The Court, having considered the [Proposed] Stipulated Protective Order between Cosimo Borrelli and G. Jacqueline Fangonil Walsh, Several and Joint Liquidators of Galleria (Hong Kong), and DBS Bank Ltd. Los Angeles Branch (collectively, the "Parties") Relating to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Stipulated Protective Order"), and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Stipulated Protective Order is approved;
2. The Stipulated Protective Order shall control the Parties' actions pursuant to the terms and provisions set forth therein.

**IT IS SO ORDERED.**

Dated:   September 20, 2011                              /s/
                                                Carla M. Woehrle, U.S. Magistrate Judge